

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
P 973.436.5800  F 973.436.5801

**Brendan Judge**
Partner
BJudge@connellfoley.com

September 26, 2024

<u>**Via Electronic Filing**</u>

Honorable Claire C. Cecchi
United States District Court
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: **Greenwald Associates, LLC v. Housing Authority of the City of Newark, et al.**
    **Civil Action No. 2:21-cv-12136**

    and

    **RP Newark Ventures LLC v. Newark Housing Authority et al**
    **Civil Action No. 2:23-cv-22272**

Dear Judge Cecchi:

  This firm represents Defendant Housing Authority of the City of Newark (the "NHA") in the above referenced consolidated actions in which both Greenwald Associates LLC ("Greenwald") and RP Newark Ventures, LLC ("RP Newark") seek specific performance of separate alleged contracts to purchase the same parcel of real property from the NHA.

  I am writing to request Your Honor's leave to file a Motion for Summary Judgment on the claims asserted in RP Newark's Complaint.

  RP Newark has asserted various causes of action sounding in breach of contract and fraud. Summary judgment is appropriate on the contract claims because, as a matter of law, RP Newark and NHA never entered into a contract. Rather, on January 21, 2021, the NHA issued a Request for Proposals to the public to purchase the property (the "RFP"). RP Newark and another developer (not Greenwald) submitted proposals in response to the RFP. The NHA never accepted either proposal because after the issuance of the RFP Greenwald had filed its Complaint seeking specific performance of a contract to purchase the property dated June 12, 2018, that the NHA had terminated.

Honorable Claire C. Cecchi
September 26, 2024
Page 2

As for RP Newark's fraud-based claims, they are time-barred by the New Jersey Tort Claims Act.

The NHA and Greenwald were in the process of mediating this dispute, with the Hon. Joseph Dickson (ret.) serving as mediator, when RP Newark filed its Complaint. Judge Dickson conducted two mediation sessions with all three parties without success. The NHA respectfully submits that the Court's decision on a Motion for Summary Judgment on RP Newark's claims will increase the likelihood of Judge Dickson successfully mediating a resolution of this matter.

Your Honor's consideration of this request is appreciated.

Respectfully submitted,

/s/ *Brendan Judge*

Brendan Judge


cc:     (*via electronic filing*)
        Cathy L. Waldor, U.S.M.J.
        All counsel of record


17465/135701

15679509-1